# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR415 |
| CONRAD JOHANN SANTON, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED that the following is set for hearing on **March 5, 2007 at 9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Arraignment on Indictment on Superseding Indictment

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge