IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:06CR415 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CONRAD JOHANN SANTON, | |
| Defendant. | |

Defendant Conrad Johann Santon appeared before the court on Wednesday, March 14, 2018 on a Second Amended Petition for Warrant for Offender Under Supervision [116]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney John E. Higgins. Defendant waived his right to a preliminary examination. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

A Detention hearing was held on Wednesday, March 14, 2018. The government was no longer seeking detention and was in agreement with the release plan proposed. Therefore, the defendant will be released on current conditions of supervision with the additions below.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 28, 2018 at 3:00 p.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

3. The defendant shall also reside at Salvation Army Adult Rehabilitation Center, 2551 Dodge Street, Omaha, Nebraska at all times and comply with all the rules of such facility. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any

law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

4. The defendant is to be released on March 15, 2018, to his wife, Gina Santon, to be immediately transported to Salvation Army Adult Rehabilitation Center.

Dated this 14th day of March, 2018

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge